**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CRIMINAL NO. 3:15-CR-121-RJC-DSC**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | **ORDER** |
| **v.** | ) | |
| | ) | |
| **CARLOS ALMONTE, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**THIS MATTER** is before the Court sua sponte following a telephone discovery conference with defense counsel and the Coordinating Discovery Attorney ("CDA") on December 16, 2015. In his most recent Status Report (doc. 537), the CDA represents that the Government has produced seven discs of wiretap data containing 31,000 calls and text messages. He further represents that this material was produced without linesheets or any other corresponding information. The CDA advises the Court that all 31,000 communications would have to be reviewed to determine their relevance and value in the absence of this information. Based upon the foregoing, the Court directs the Government to produce linesheets and metadata related to the 31,000 intercepts to the CDA forthwith. The Court also directs the Government to file a report with the Court as to the status of its production of this material no later than January 7, 2016.

The Clerk is directed to send copies of this Order to counsel for the parties, the Coordinating Discovery Attorney, and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: December 17, 2015

David S. Cayer
United States Magistrate Judge